31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

### In re A.C.E. INTERNATIONAL COMPANY, INC.

No. 04–1133.

United States Court of Appeals, Federal Circuit.

March 15, 2004.

Walter F. Dawson, Principal Attorney, Pearson & Pearson, Lowell, MA, for Appellant.

John M. Whealan, Principal Attorney, Thomas W. Krause, Cynthia C. Lynch, of Counsel, Arlington, VA, for Appellees.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

### Evelyn L. TILLMAN, Petitioner,

v.

### UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3082.

United States Court of Appeals, Federal Circuit.

March 16, 2004.

Anton G. Hajjar, Principal Attorney, O'Donnell, Schwartz, Washington, DC, for Petitioner.

Hillary A. Stern, Principal Attorney, Brian M. Simkin, David M. Cohen, of Counsel, Washington, DC, for Respondent.

### ORDER

The parties having so agreed, it is